■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DOUGLAS MILNE, Appellant.—Judgment of the Supreme Court, Suffolk County (McInerney, J.), rendered September 3, 1983,

affirmed *(see, People v Kazepis,* 101 AD2d 816). Lazer, J. P., Bracken, Brown, Lawrence and Kooper, JJ., concur.